IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Case No. |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| PETER J. KRUG and | ) |
| MARILYN KRUG, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## COMPLAINT

Plaintiff, United States of America, by and through undersigned counsel, complains and alleges as follows:

1. This civil action, which arises under the Internal Revenue Code, is brought by the United States, pursuant to 26 U.S.C § 7401, to reduce to judgment defendants Peter and Marilyn Krug's unpaid joint federal income tax liabilities for the 2006, 2007, and 2011 tax years.

## JURISDICTION AND VENUE

2. This action is authorized and sanctioned by the Chief Counsel, Internal Revenue Service, a delegate of the Secretary of the Treasury, and is brought at the direction of the Attorney General of the United States, in accordance with the provisions of 26 U.S.C. § 7401.

3. This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1340 and 1345 and 26 U.S.C. § 7402(a).

4. Venue is appropriate in this Court pursuant to 28 U.S.C. §§ 1391(b) and 1396 because Peter and Marilyn Krug reside in Seminole County, Florida, within the jurisdiction of this Court.

**REDUCE ASSESSMENTS FOR FEDERAL INCOME TAXES TO JUDGMENT**

5. Peter and Marilyn Krug were required to file U.S. Individual Income Tax Returns ("Forms 1040") for the tax years 2006 and 2007, but failed to do so.

6. As a result, the Internal Revenue Service calculated Peter and Marilyn Krug's tax liabilities for those years under procedures authorized under 26 U.S.C. § 6020(b).

7. The IRS sent Peter and Marilyn Krug separate Notices of Deficiency for the 2006 and 2007 tax years, which provided them with an opportunity to contest the proposed deficiencies in United States Tax Court.

8. Peter and Marilyn Krug did not contest the Notices of Deficiency in United States Tax Court.

9. Consequently, a delegate of the Secretary of the Treasury assessed tax, interest, and penalties against both Peter and Marilyn Krug for the 2006 and 2007 tax years. The dates and amounts of the assessments, and the balances due as of April 1, 2019, are shown in the following tables:

   a. 2006 Tax Year

| Assessment Date | Type of Assessment | Amount of Assessment |
|---|---|---|
| 5/4/2009 | Tax | $68,906.00 |
| | Failure to Pay Estimated tax Penalty | $1,859.00 |
| | Failure to File Penalty | $14,365.35 |
| | Failure to Pay Tax Penalty | $7,980.75 |
| | Interest | $10,480.64 |
| Balance due (with accrued interest and statutory additions as allowed by law less any credits, payments and abatements) as April 1, 2019: $97,109.84 |||

b.  2007 Tax Year:

| Assessment Date | Type of Assessment | Amount of Assessment |
|---|---|---|
| 4/19/2010 | Tax | $76,811.00 |
|  | Failure to Pay Estimated Tax Penalty | $1,199.22 |
|  | Failure to File Penalty | $16,884.90 |
|  | Failure to Pay Tax Penalty | $8,254.84 |
|  | Interest | $7,386.15 |
| Balance due (with accrued interest and statutory additions as allowed by law less any credits, payments and abatements) as April 1, 2019:  $60,072.16 | | |

10.  After the assessments described in paragraphs 9.a. and 9.b., above, Peter and Marilyn Krug provided the IRS with Forms 1040 for the 2006 and 2007 tax years.

11.  Based on the information provided in Peter and Marilyn Krug's delinquent tax returns, the IRS abated a portion of the assessments described in paragraphs 9.a. and 9.b., above.

12.  Peter and Marilyn Krug filed a timely Form 1040 for the 2011 tax year, and a delegate of the Secretary of the Treasury assessed against them the income tax that they reported on their 2011 Form 1040.

13.  Subsequently, a delegate of the Secretary of the Treasury assessed against both Peter and Marilyn Krug additional tax, penalties, and interest for the 2011 tax year. The dates and the amounts of the assessments, and the balance due as of April 1, 2019, are shown in the following table:

a.  Tax Year 2011:

| Assessment Date | Type of Assessment | Amount of Assessment |
|---|---|---|
| 5/7/2012 | Tax | $2,446.00 |
| 4/14/2014 | Tax | $2,675.00 |
|  | Interest | $165.00 |
| 8/18/2014 | Failure to Pay Tax Penalty | $80.25 |
|  | Interest | $29.56 |
| 8/24/2015 | Failure to Pay Tax Penalty | $321.00 |
|  | Interest | $91.33 |

3

> Balance due (with accrued interest and statutory additions as allowed by law less any credits, payments and abatements) as April 1, 2019:  $463.34

14. A delegate of the Secretary of the Treasury properly gave notice of the unpaid federal income tax liabilities described in paragraphs 9.a., 9.b., and 13.a., above, to Peter and Marilyn Krug and made demands for payment as required by law.

15. Despite notice and demand for payment, Peter and Marilyn Krug have failed to pay their federal income tax liabilities in full.

16. Taking into account all payments, credits, and abatements, Peter and Marilyn Krug each owe a total of $157,645.34, as of April 1, 2019, for their unpaid joint federal income tax liabilities for the 2006, 2007, and 2011 tax years, plus fees, interest, and all statutory additions thereafter provided by law.

**WHEREFORE**, the United States prays that this Court:

A. enter judgment in favor of the United States and against both Peter J. and Marilyn Krug for their unpaid federal income tax liabilities for the 2006, 2007, and 2011 tax years in the amount of $157,645.34, as of April 1, 2019, plus subsequent statutory additions and interest as allowed by law;  and

B. for an award of costs and such other and further relief as may be available under the law.

Dated: April 1, 2019.

                                          Respectfully submitted,

                                          RICHARD E. ZUCKERMAN
                                          Principal Deputy Assistant Attorney General

                                          */s/ Thomas K. Vanaskie*
                                          THOMAS K. VANASKIE
                                          Trial Attorney, Tax Division
                                          U.S. Department of Justice

P.O. Box 14198
Washington, D.C.  20044
202-305-7921 (v)
202-514-4963 (f)
Thomas.K.Vanaskie@usdoj.gov

Of Counsel:

MARIA CHAPA LOPEZ
United States Attorney

JS 44 (Rev. 02/19)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
United States of America

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Thomas K. Vanaskie, U.S. Dep't of Justice, Tax Division
P.O. Box 14198, Washington, DC 20044
202-305-7921

## DEFENDANTS
Peter J. Krug and Marilyn Krug

County of Residence of First Listed Defendant  Seminole
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
☒ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question *(U.S. Government Not a Party)*
☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 861 HIA (1395ff) | ☐ 485 Telephone Consumer Protection Act |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| | | | ☐ 791 Employee Retirement Income Security Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| | | | | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☒ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*
☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from Another District *(specify)*
☐ 6 Multidistrict Litigation - Transfer
☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
26 USC Sec. 7402
Brief description of cause:
Reduce Tax Assessments to Judgment

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
**DEMAND $** 157,000.00
CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____   DOCKET NUMBER _____

DATE 4/1/19
SIGNATURE OF ATTORNEY OF RECORD  /s/

**FOR OFFICE USE ONLY**
RECEIPT #  _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| United States of America | ) |
|---|---|
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. |
| Peter J. Krug<br>Marilyn Krug | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Peter J. Krug
3310 Horseshoe Bend Court
Longwood, FL 32779

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Thomas K. Vanaskie
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 14198
Washington, DC 20044

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America <br><br> *Plaintiff(s)* <br> v. <br> Peter J. Krug <br> Marilyn Krug <br><br> *Defendant(s)* | ) ) ) ) ) ) ) Civil Action No. ) ) ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Marilyn Krug
3310 Horseshoe Bend Court
Longwood, FL 32779

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Thomas K. Vanaskie
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 14198
Washington, DC 20044

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____
*Signature of Clerk or Deputy Clerk*